IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| THERESA B. BRADLEY, : | |
| : | |
| **Plaintiff** : | |
| : | Case No.: 5:06-cv-252 (CAR) |
| v. : | |
| : | |
| STATE OF GEORGIA et al, : | |
| : | |
| **Defendants.** : | |

### ORDER DISMISSING PLAINTIFF'S COMPLAINT

On November 17, 2006, this Court issued an Order [Doc. 7] for Plaintiff to show cause, within ten (10) days, why her case should not be dismissed for failure to provide the Court with the defendants' addresses so that a copy of the complaint could be served upon them. Plaintiff has not responded to the Court's order, and more than ten days have elapsed. Accordingly, Plaintiff's complaint is hereby **DISMISSED** without **PREJUDICE** for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. "It is well established that the district court has the authority to dismiss or to enter default judgment, depending on which party is at fault, for failure to prosecute with reasonable diligence or to comply with its orders or rules of procedure." Brown v. Thompson, 430 F.2d 1214, 1216 (5th Cir. 1970).

**SO ORDERED** this 15th day of December, 2006.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

AEG